```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 04030
   VICKIE D JOHNSON
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
        Debtor
   SSN XXX-XX-9466


-------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 02/22/2008 and was confirmed 05/01/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  15.00%.

     The case was dismissed after confirmation 02/12/2009.
-------------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                              PAID            PAID
-------------------------------------------------------------------------------
ASSET ACCEPTANCE CORP     UNSECURED          2437.06            .00              .00
NATIONWIDE ACCEPTANCE~    UNSECURED          1363.88            .00              .00
PEOPLES GAS LIGHT & COKE  UNSECURED           895.29            .00              .00
COSTEP                    NOTICE ONLY      NOT FILED            .00              .00
CREDIT UNION 1            UNSECURED           735.10            .00              .00
SBC                       NOTICE ONLY      NOT FILED            .00              .00
GE CUSTOM AUTO            NOTICE ONLY      NOT FILED            .00              .00
INTERNAL MEDICINE CENTER  UNSECURED        NOT FILED            .00              .00
NCM TRUST                 UNSECURED         16844.94            .00              .00
ROUNDUP FUNDING LLC       UNSECURED           207.91            .00              .00
GENE BANKS                NOTICE ONLY      NOT FILED            .00              .00
CODILIS & ASSOCIATES      NOTICE ONLY      NOT FILED            .00              .00
LITTON LOAN SERVICING     CURRENT MORTG         .00             .00              .00
LITTON LOAN SERVICING     MORTGAGE ARRE   14641.99              .00           329.34
HSBC MORTGAGE SERVICES    CURRENT MORTG         .00             .00              .00
HSBC MORTGAGE SERVICES    MORTGAGE ARRE    2000.00              .00            44.99
MCCALLA RAYMER            NOTICE ONLY      NOT FILED            .00              .00
SCHOTTLER & ASSOCIATES    PRIORITY         NOT FILED            .00              .00
HSBC MORTGAGE SERVICES    UNSECURED        12242.33             .00              .00
ECMC                      UNSECURED         2476.00             .00              .00
LITTON LOAN SERVICING     NOTICE ONLY      NOT FILED            .00              .00
SCHOTTLER & ASSOCIATES    DEBTOR ATTY      2,799.35                         2,799.35
TOM VAUGHN                TRUSTEE                                             262.93
DEBTOR REFUND             REFUND                                                 .00

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                      RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE               3,436.61

PRIORITY                                        .00

                  PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 04030 VICKIE D JOHNSON
```

```
SECURED                                                          374.33
UNSECURED                                                           .00
ADMINISTRATIVE                                                 2,799.35
TRUSTEE COMPENSATION                                             262.93
DEBTOR REFUND                                                       .00
                                    ----------------    ----------------
TOTALS                                      3,436.61            3,436.61
```

　　Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


```
                                    /s/ Tom Vaughn
    Dated: 03/11/09                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```